580

479 A.2d 1128
Green, Sr., Appellant, v. Tetuan.

Submitted May 18, 1984. Harry M. Green, Sr., appellant, in propria persona; Thomas S. Kubinski, for appellee.

Before McEWEN, OLSZEWSKI and ROBERTS, JJ.

Order affirmed.

479 A.2d 1128
Laskowski et ux, Appellants, v. Fredmonski et ux.

Argued February 21, 1984. Eugene D. Lucas, for appellants; Vito P. Geroulo, for appellees.

Before WICKERSHAM, MONTEMURO and MONTGOMERY, JJ.

The Final Order and Decree of the lower court are hereby affirmed.